IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

BYRON L. CONWAY,
ADC #113285                                                                                          PLAINTIFF

v.                                              2:10CV00010SWW/JTK

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                                                          DEFENDANTS

## ORDER

By Order dated May 6, 2010, this Court granted plaintiff's motion for re-issuance of service on several defendants (Doc. No. 28). Included in plaintiff's motion (Doc. No. 25) is a statement that a "correction needs to be made" and that plaintiff requests service be reissued on Zennie Burnell in care of Humphries and Lewis Law Firm. However, currently no defendant in this action is identified as Zennie Burnell, and the Court is unclear whether plaintiff is attempting to correct the name of an existing defendant, or add a new defendant. Therefore, the Clerk is directed not to issue summons as to Zennie Burnell until this issue is clarified by the plaintiff. Plaintiff shall respond to this Order requesting clarification within ten days of the date of the Order.

IT IS SO ORDERED this 10th day of May, 2010.

_____
UNITED STATES MAGISTRATE JUDGE