IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

BYRON L. CONWAY,
ADC #113285                                                                                               PLAINTIFF

v.                                            2:10CV00010SWW/JTK

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                                                              DEFENDANTS

## ORDER

This matter is before the Court on plaintiff's motion to clarify (Doc. No. 34) and defendants' motions for leave of Court to depose the plaintiff, pursuant to Fed.R.Civ.P. 30(a)(2) (Doc. Nos. 35, 37).

By Order dated May 10, 2010, this Court directed plaintiff to clarify the identity of defendant Zennie Burnell (Doc. No. 31), prior to the Court issuing summons and service. Plaintiff has responded in his motion to clarify, by stating that the correct name of the defendant is Zonnie (Jones) Burnell, and asks the Court to direct the issuance of summons and service on this defendant. The Court will grant the plaintiff's motion.

The Court will also grant defendants' motions to depose the plaintiff. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motion to clarify (Doc. No. 31) is hereby GRANTED. The Clerk of the Court shall prepare summons for defendant Zonnie (Jones) Burnell and the United States Marshal is hereby directed to serve a copy of the summons and original and amended complaints (Doc. Nos. 2, 5) on defendant Burnell at the address provided under seal (Doc. No. 23), without fees and costs and security therefore. The Clerk of the Court shall also reissue the summons and service on defendants Jerry Douglas and Nicole (Stacy) Granger, as originally set forth in the Court's May 6, 2010 Order (Doc. No. 28).

2

      IT IS FURTHER ORDERED that the defendants' motions to depose the plaintiff (Doc. Nos. 35, 37) are hereby GRANTED.

      IT IS SO ORDERED this 7th day of June, 2010.

                                                          _____
                                                          United States Magistrate Judge