IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

BYRON L. CONWAY,                                                                                          PLAINTIFF
ADC #113285

v.                                              2:10CV00010SWW/JTK

CORRECTIONAL MEDICAL                                                                              DEFENDANTS
SERVICES, INC., et al.

## ORDER

This matter is before the Court on plaintiff's motion for preliminary injunctive relief (Doc. No. 42). Defendants have filed a response in opposition to the motion (Doc. No. 46).

Plaintiff is an inmate incarcerated at the Maximum Security Unit of the Arkansas Department of Correction (ADC), alleging deliberate indifference to his serious medical needs with respect to defendants' delays in providing medication, and failure to provide appropriate medical treatment. In the present motion, plaintiff states defendants delayed in providing some of his medication after he was transferred to the present Unit, and as a result, he has been discharging blood from his rectum. Plaintiff states he was seen on May 12, 2010 by a nurse, who then referred him back to a "provider" for his complaint. Plaintiff states as of May 30, 2010 he has not seen a doctor, and asks the Court to direct defendants to have him examined by an outside doctor.

In response, defendants state plaintiff was seen by a doctor in April, 2010 while incarcerated at the East Arkansas Unit, who allegedly told plaintiff if he kept bleeding an anal scope would be conducted on him. Defendants note plaintiff was transferred to the Maximum Security Unit on May 24, 2010, and missed some doses of his stool softener medication several days thereafter. Defendants state plaintiff's motion should be denied, because he is complaining about the manner

in which he is being treated.  However, defendants do not address plaintiff's complaint that since he has been transferred to the Maximum Security Unit, he has continued to suffer bleeding and has not been provided with a doctor's examination.  Therefore, the defendants are directed to provide the Court with additional information in response to these allegations, in the form of plaintiff's medical records and/or affidavits, within ten days of the date of this Order.   Accordingly,

IT IS, THEREFORE, ORDERED that ruling on plaintiff's motion for preliminary injunctive relief is hereby STAYED, pending receipt of additional information from the defendants.

IT IS FURTHER ORDERED that defendants shall provide to the Court the information requested above, within ten days of the date of this Order.

IT IS SO ORDERED this 18th day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE