IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

BYRON CONWAY,
ADC #113285                                                                                           PLAINTIFF

v.                                        2:10CV00010SWW/JTK

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                                                              DEFENDANTS

<u>ORDER</u>

By Order dated June 7, 2010, this Court directed the issuance of summons and service of plaintiff's complaint on defendant Zonnie Jones Burnell. Summons was returned, unexecuted, with respect to defendant Burnell on July 14, 2010 (Doc. No. 78). Included with the return and filed under seal is a memo from defendants containing defendant Burnell's last-known address. Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the defendant Burnell, and the United States Marshal is hereby directed to serve a copy of the summons and original and amended complaints (Doc. Nos. 2, 5) on defendant at the address provided under seal, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 16th day of July, 2010.

_____
United States Magistrate Judge

1