**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

BYRON CONWAY,
ADC #113285                                                                                    PLAINTIFF

V.                                   2:10CV00010SWW/JTK

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                                                      DEFENDANTS

## **ORDER**

Defendant Jerre Douglas, through her attorney, has supplied her correct name (Doc. No. 76).

The Clerk is directed to change the style of the case to reflect the correct name of this Defendant.

IT IS SO ORDERED this 16th day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE