IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

BYRON L. CONWAY,
ADC #113285                                                                                          PLAINTIFF

v.                                      2:10CV00010SWW/JTK

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                                                          DEFENDANTS

## ORDER

This matter is before the Court on the motion for judgment on the pleadings filed by defendant Kelley (Doc. No. 65). As of this date, plaintiff has not filed a response to the motion. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff shall file a response to defendant's motion for judgment on the pleadings within ten (10) days of the date of this Order. Failure to respond to this Court's Order shall result in the dismissal without prejudice of the plaintiff's complaint. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 2nd day of August, 2010.

_____
United States Magistrate Judge