IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BYRON L. CONWAY,                                                         PLAINTIFF
ADC #113285

v.                                          2:10CV00010JTK

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                                   DEFENDANTS

ORDER

This matter is before the Court on Plaintiff's Motion to Compel and for Sanctions (Doc. No.

116).  Defendants filed a Response to the Motion (Doc. No. 117).

In support of the Motion, Plaintiff states Defendant Jerre Douglas did not respond to his

Request for Production of Documents, submitted July 29, 2010.  Defendant Douglas states the

Response to Plaintiff's request was mailed on August 30, 2010, within the time permitted by the

Federal Rules of Civil Procedure.  Defendant attaches a copy of the Response (Doc. No. 117, Ex.

A).  Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion to Compel and for Sanctions (Doc.

No. 116) is hereby DENIED as moot.

IT IS SO ORDERED this 20th day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE