**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

BYRON CONWAY,                                                                                      PLAINTIFF
ADC #113285

v.                                          2:10-cv-00010-JTK

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                                               DEFENDANTS

**ORDER**

      By Order dated December 22, 2010, this Court directed Plaintiff to file a last-known address for Defendant Brenda Bearden, who has not yet been served, within 10 days of the Order (Doc. No. 137). Plaintiff filed a Response in which he requests to voluntarily dismiss Defendant Bearden from this action (Doc. No. 139). Accordingly,

      IT IS, THEREFORE, ORDERED that Plaintiff's Motion to Voluntarily Dismiss Defendant Bearden (Doc. No. 139) is hereby GRANTED, and Defendant Bearden is DISMISSED from Plaintiff's Complaint.

      IT IS SO ORDERED this 7th day of January, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE