## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

BYRON L. CONWAY,
ADC #113285                                                                    PLAINTIFF

v.                                        2:10-cv-00010-JTK

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                                         DEFENDANTS

## ORDER

     The Arkansas Department of Correction is hereby directed to ensure the presence of

Plaintiff Byron L. Conway, ADC #113285 at the the Pre-Jury Evidentiary Hearing scheduled at

9:30 a.m., August 11, 2011, at the Richard Sheppard Arnold United States Courthouse, 600 West

Capitol, Courtroom 4B, Little Rock, Arkansas, together with a copy of Plaintiff's medical records.

     The Clerk of the Court is directed to forward a copy of this Order to the Arkansas

Department of Correction Central Transportation/Medical Services, 7203 West 7th Street, Pine

Bluff, AR 71603.

     IT IS SO ORDERED this 28th day of July, 2011.

_____

JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE