# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

BYRON L. CONWAY,
ADC #113285                                                                                          PLAINTIFF

2:10-cv-00010-JTK

CORRECTIONAL MEDICAL
SERVICES, et al.                                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice as to Plaintiff's claims against Defendants CMS and Granger, and DISMISSED with prejudice as to his claims against Defendant Jones-Burnell. The relief sought is denied.

IT IS SO ADJUDGED this 26th day of October, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE